1016

[No. 66743-2-I.   Division One.   July 16, 2012.]

JONE R. GARCIA, *Individually and as Personal Representative, Appellant,* v. STRONG TRUCKING, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-02616-5, Hollis R. Hill, J., entered February 7, 2011. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Ellington, J.

[No. 66760-2-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. HOLTON McCOY MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-00052-2, Steven C. Gonzalez, J., entered September 20, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.

[No. 66816-1-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT H. CHAPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-04006-1, Mariane C. Spearman, J., entered March 4, 2011. *Reversed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[Nos. 66900-1-I; 66901-0-I.   Division One.   July 16, 2012.]

NATIONAL FIRE & MARINE INSURANCE COMPANY, *Respondent,* v. CERTAIN UNDERWRITERS AT LLOYD'S LONDON ET AL., *Defendants,* LIBERTY MUTUAL INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-27208-7, Regina S. Cahan, J., entered February 24, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Becker, J.